**Order filed August 12, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00102-CR

**SEDRICK DOMONIQUE HAYWOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1258266**

---

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #30 and #31.**

The clerk of the 176th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #30 and #31, on or before **August 19, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #30 and #31, to the clerk of the 176th District Court.

PER CURIAM